373 A.2d 1135

Commonwealth v. Scales, Appellant.

Submitted November 8, 1976. John J. Ross, for appellant; Joseph S. Walko, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.